# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 19-1240 CAS (MRW) | Date | August 1, 2019 |
| Title | Jose Canas v. Kevin McAleenan | | |

Present: The Honorable    Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**         **(IN CHAMBERS) ORDER RE: DISMISSAL**

Petitioner filed a notice voluntarily dismissing the petition. (Docket # 11.)  This action is dismissed without prejudice.